[No. 11659-0-III.   Division Three.   June 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
LEE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-8-00343-3, Michael E. Schwab, J. Pro Tem.,
entered June 4, 1991. *Reversed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 11736-7-III.   Division Three.   June 15, 1993.]

*In the Matter of the Marriage of* KATHLEEN ANN
MORTON, *Respondent, and* RALPH STANLEY
MORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-3-00268-6, Lani-Kai Swanhart, J. Pro Tem.,
entered June 20, 1991. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 16883-9-II.   Division Two.   June 17, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. BENJAMIN
SAXTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-04536-4, Karen L. Strombom, J., entered
February 26, 1993. *Reversed* by unpublished per curiam opin-
ion.

[No. 11423-6-III.   Division Three.   June 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY DEAN
COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 90-1-00211-2, Jerry M. Moberg, J., entered Feb-
ruary 1, 1991. *Affirmed* by unpublished opinion per Gavin, J.
Pro Tem., concurred in by Sweeney, J., and Ripple, J. Pro
Tem.